*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-12-00473-CV

**FORD MOTOR COMPANY**,
Appellant

v.

Florentino **GARZA** d/b/a Tino's Auto Mart,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-02-50838-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  October 31, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM